IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-546

| | | |
|---|---|---|
| ROBERT K HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David S. Cayer, filed May 23, 2011. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 10 days after service of the memorandum. It appears to the Court that the parties have not filed any such objections. After an independent and thorough review of the magistrate's memorandum, the Court concludes that the recommendation to grant Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), reverse the Commissioner's decision and remand for a new hearing pursuant to Sentence Four of 42 U.S.C. § 405(g) are correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are affirmed.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: June 30, 2011

Graham C. Mullen
United States District Judge