# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert K. Hardy ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:10-cv-546

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2011 Order.

Signed: June 30, 2011

Frank G. Johns, Clerk
United States District Court